**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X        05 CV 3101 (NG) (RML)
**FEDERAL ELECTION COMMISSION,**

        **Plaintiff,**

  - against -                                                                                **ORDER**

**TZVI ODZER a/k/a STEVE ODZER,**

        **Defendant.**
-----------------------------------------------------------X

**GERSHON, United States District Judge:**

In this action for violation of the Federal Election Campaign Act of 1971, codified at 2 U.S.C. §§ 431-455, plaintiff, on October 18, 2005, filed a motion for default judgment. Pursuant to Federal Rule of Civil Procedure 55(a), the Clerk of Court entered a notation of defendant's default on October 21, 2005. **The Court hereby grants judgment by default to plaintiff pursuant to Rule 55(b)(2).** The matter is referred to the Honorable Robert M. Levy, United States Magistrate Judge, for a report and recommendation concerning the relief requested by plaintiff.

                            **SO ORDERED.**

                            /S/
                        **NINA GERSHON**
                        **United States District Judge**

Dated: Brooklyn, New York
       October 31, 2005