**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X        05 CV 3101 (NG) (RML)
**FEDERAL ELECTRON COMMISSION,**

                Plaintiff,

  - against -                                                                                    <u>ORDER</u>

**TZVI ODZER a/k/a STEVE ODZER,**

                Defendant.
-----------------------------------------------------------X

**GERSHON, United States District Judge:**

By complaint dated June 27, 2005, plaintiff, the Federal Election Commission, commenced this action alleging violations of the Federal Election Campaign Act of 1971. On October 18, 2005, plaintiff moved for default judgment. By order dated October 31, 2005, the court granted plaintiff's motion and referred the matter to Magistrate Judge Robert M. Levy for a report and recommendation concerning the relief requested by plaintiff.

Magistrate Judge Levy issued a report and recommendation on March 14, 2006, which has not been opposed. It is now adopted by the court. In accordance with Magistrate Judge Levy's recommendations, the court (1) declares that defendant knowingly and willfully violated 2 U.S.C. § 441a(a)(1)(A) by making excessive contributions to an unauthorized political committee and knowingly and willfully violated 2 U.S.C. § 441f by making contributions to a political committee in the name of another; (2) orders defendant to pay a civil penalty of $12,000 pursuant to 2 U.S.C. § 437g(a)(6) and, in a separate payment, $487.50 for the cost of service; and (3) permanently enjoins defendant from making excessive contributions in violation of 2 U.S.C. § 441a(a)(1)(A) and from making contributions in the names of others in violation of 2 U.S.C. § 441f.

1

The Clerk of Court is directed to enter judgment accordingly and to close this case.

**SO ORDERED.**

_____/S/_____
**NINA GERSHON**
**United States District Judge**

Dated: Brooklyn, New York
March 31, 2006